UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GILBERTO CANTU, a single person,<br><br>Plaintiff,<br><br>v.<br><br>ADAMS COUNTY, ADAMS COUNTY SHERIFF'S DEPARTMENT, SHERIFF DALE J. WAGNER, DEPUTY DARREL BARNES, CITY OF OTHELLO, OTHELLO CITY POLICE DEPARTMENT, CHIEF PHIL SCHENCK, and OFFICER DAVID VELOZ,<br><br>Defendants. | NO. 2:17-CV-00128-JLQ<br><br>ORDER RE: STIPULATION FOR ORDER OF DISMISSAL, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

On June 16, 2017, the parties filed a Stipulation for Order of Dismissal with Prejudice and Without Costs or Attorney's Fees (ECF No. 16). The parties state this matter has settled and seek dismissal with prejudice without costs or attorneys' fees awarded to any party.

**IT IS HEREBY ORDERED**:

The Clerk is directed to enter Judgment of dismissal of the Complaint (ECF No. 1-2) and the claims therein **WITH PREJUDICE** without costs or attorneys' fees to any party.

///

ORDER - 1

1    **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and
2    Judgment, furnish copies to counsel, and close this file.
3    Dated June 16, 2017.

                             s/ Justin L. Quackenbush
                          JUSTIN L. QUACKENBUSH
                       SENIOR UNITED STATES DISTRICT JUDGE