# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Gilberto Cantu, a single person, <br> *Plaintiff* <br> v. <br> Adams County, Adams County Sheriff's Department, Sheriff Dale J. Wagner, Deputy Darrel Barnes, City of Othello, Othello City Police Department, Chief Phil Schenck, and Officer David Veloz, <br> *Defendant* | Civil Action No. 2:17-CV-0128-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Complaint and the claims therein are dismissed with prejudice and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a Stipulation for Order of Dismissal.

Date: 06/16/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas